

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00333-CV

**IN THE INTEREST OF E.D.**, E.D, I.D., and J.D., Children

From the County Court at Law, Kerr County, Texas
Trial Court No. 111069C
Honorable Spencer W. Brown, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, that portion of the trial court's order terminating appellant's parental rights is REVERSED and judgment is RENDERED that the Department of Family and Protective Services' petition requesting termination of appellant's parental rights to his four children is denied.

SIGNED November 22, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice